```
CRIMINAL DEFENSE ASSOCIATES
Christopher D. Johnson (SBN 222698)
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone (800) 313-9619
Facsimile (818) 313-6871

Attorney for Defendant
PHILIP BRIZAN
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PHILIP BRIZAN<br><br>　　　　　　Defendant | Case No.: CR 06- 00059-AWI-6<br><br>SUBSTITUTION OF ATTORNEY |

　　　Defendant, PHILIP BRIZAN, hereby substitutes Christopher D. Johnson of Criminal Defense Associates, 20700 Ventura Boulevard, Suite 301, Woodland Hills, CA 91504, (800) 313-9619, as attorney of record in place and stead of Katherine L. Hart, Esq.

　　　The undersigned consent to the above substitution.

Dated:  October 2, 2006　　　　　　　　　　　　　　/s/ Christopher D. Johnson
　　　　　　　　　　　　　　　　　　　　　　Christopher D. Johnson, New Attorney

Dated: October 2, 2006　　　　　　　　　　　　　　　/s/ Katherine L. Hart
　　　　　　　　　　　　　　　　　　　　　　Katherine L. Hart, Prior Attorney

**ORDER**

　　　IT IS SO ORDERED that Christopher D. Johnson of Criminal Defense Associates be substituted as counsel for defendant, Philip Brizan.

IT IS SO ORDERED.

**Dated:   October 3, 2006**　　　　　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1