1   HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2   DAVID M. PORTER, Bar #127024
Assistant Federal Defender
3   Counsel Designated for Service
801 I Street, 3rd Floor
4   Sacramento, California 95814
Telephone: (916) 498-5700
5

6   Attorneys for Defendant
PHILIP BRIZAN
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No.  1:06-cr-00059-AWI-6

12              Plaintiff,                 **STIPULATED MOTION AND ORDER TO
                                           REDUCE SENTENCE PURSUANT TO 18
13      v.                                 U.S.C. § 3582(c)(2)**

14  PHILIP BRIZAN,                         RETROACTIVE DRUGS-MINUS-TWO
                                           REDUCTION CASE
15              Defendant.
                                           Judge:  Honorable ANTHONY W. ISHII
16

17          Defendant, PHILIP BRIZAN, by and through his attorney, Assistant Federal Defender

18  David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

19  Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

20          1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21  imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22  based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23  pursuant to 28 U.S.C. § 994(o);

24          2.      On April 23, 2007, this Court sentenced Mr. Brizan to a term of 135 months

25  imprisonment;

26          3.      His total offense level was 33, his criminal history category was I, and the

27  resulting guideline range was 135 to 168 months;

28

4. The sentencing range applicable to Mr. Brizan was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Brizan's total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months, however, he is subject to a mandatory minimum term of 120 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Brizan's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated:  January 27, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  January 27, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
PHILIP BRIZAN

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Brizan is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months, but he is subject to a mandatory minimum term of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2007 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1    reduction in sentence, and shall serve certified copies of the amended judgment on the United

2    States Bureau of Prisons and the United States Probation Office.

3            Unless otherwise ordered, Mr. Brizan shall report to the United States Probation Office

4    within seventy-two hours after his release.

5    IT IS SO ORDERED.

6
7    Dated:  January 27, 2015        _____

8                                                    SENIOR  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28