AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:06-cr-00059-AWI   Document 690   Filed 01/28/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>PHILIP BRIZAN | Case No: 1:06-cr-00059-006<br>USM No:<br>David M. Porter, FD<br>*Defendant's Attorney* |
| Date of Original Judgment: 04/25/2007<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   135   months **is reduced to**   120 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/25/2007   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/28/2015

/s/ ANTHONY W. ISHII
*Judge's signature*

Effective Date:   11/01/2015
*(if different from order date)*

Senior United States District Judge Anthony W. Ishii
*Printed name and title*